IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

YAMINA KARITANYI,

   Plaintiff,

    v.

SETERUS INC.,

   Defendant.

CIVIL ACTION FILE
NO. 1:17-CV-3432-TWT

**ORDER**

This is a breach of contract action. It is before the Court on the Report and Recommendation [Doc. 17] of the Magistrate Judge recommending granting the Defendant's Motion to Dismiss [Doc. 12]. No objections to the Report and Recommendation have been filed. The Court approves and adopts the Report and Recommendation as the judgment of the Court. This action is DISMISSED for failure to state a claim.

SO ORDERED, this 17 day of April, 2018.

/s/Thomas W. Thrash
THOMAS W. THRASH, JR.
United States District Judge